**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **DAVID TODD JAEDER AKA DAVID T. JAEDER AKA DAVID JAEDER AKA D.T. JAEDER**<br>Debtor(s)<br><br>**CHARLES J. DEHART, III CHAPTER 13 TRUSTEE**<br>Movant(s)<br>vs.<br><br>**DAVID TODD JAEDER A/K/A D.T. JAEDER, DAVID JAEDER, DAVID T. JAEDER**<br>Respondent(s) | Chapter: 13<br><br>Case Number: 5-10-bk-01264-RNO |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

*Robert N. Opel II*
Robert N. Opel, II, Bankruptcy Judge
(BI)

Dated: March 18, 2013

MDPA-Dismiss Case.WPT - REV 09/12

Case 5:10-bk-01264-RNO   Doc 115   Filed 03/18/13   Entered 03/18/13 14:19:57   Desc
Main Document    Page 1 of 1