# Notice Recipients

District/Off: 0314−5　　　　　User: KDavis　　　　　Date Created: 3/18/2013
Case: 5:10−bk−01264−RNO　　　Form ID: pdf010　　　　Total: 51

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr　　Deutsche Bank National Trust Company, Et Al...
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov
tr　　Charles J. DeHart, III (Trustee)　　dehartstaff@pamd13trustee.com
cr　　Monroe County Tax Claim Bureau　　mknitter@co.monroe.pa.us
aty　　Ann E. Swartz　　ASwartz@mwc−law.com
aty　　J. Zac Christman　　jchristman@newmanwilliams.com
aty　　Mark E Morrison　　USAPAM.Bankr−WilkesBarre@usdoj.gov
aty　　Vincent Rubino　　VRubino@newmanwilliams.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| db | David Todd Jaeder | 81 Sycamore Drive　East Stroudsburg, PA 18301 |
| cr | Internal Revenue Service | P.O. BOX 12051　PHILADELPHIA, PA 19105 |
| cr | NY State Dept of Taxation and Finance | PO Box 5300　Albany, NY 12205−0100 |
| cr | Chase Home Finance, LLC. | 3415 Vision Drive (OH4−7302)　Columbus, OH 43219 |
| cr | VATIV RECOVERY SOLUTIONS LLC | P.O. Box 40728　Houston, TX 77240−0728 |
| cr | B−Line, LLC | MS 550　PO Box 91121　Seattle, WA 98111−9221 |
| cr | East Bay Funding, LLC | c/o Resurgent Capital Services　PO Box 288　GREENVILLE, SC 29603 |
| 3496279 | AmeriCredit | PO Box 78143　Phoenix, AZ 85062−8143 |
| 3496280 | Aspire | % Midland Credit Management　8875 Aero Dr Suite 200　San Diego, CA 92123 |
| 3892854 | B−Line, LLC | P.O. Box 91121　Dept. 550　Seattle, WA 98111−9221 |
| 3496281 | Chase Home Finance LLC | 3415 Vision Drive　Columbus, OH 43218 |
| 3679296 | Chase Home Finance LLC | MAIL CODE: OH4−7133　3415 Vision Drive　Columbus, OH 43219 |
| 3625475 | Chase Home Finance, LLC | 3415 Vision Drive　MC:OH4−7133　Columbus, OH 43219 |
| 3496282 | Danone of North America | % CBA Collection Bureau　25954 Eden Landing Rd　Hayward, CA 94545 |
| 4003425 | East Bay Funding, LLC | c/o Resurgent Capital Services　PO Box 288　Greenville, SC 29603 |
| 3496284 | Internal Revenue Service | Centralized Insolvency Ops　PO Box 21126　Phila., PA 19114−0326 |
| 3496285 | Internal Revenue Service | Insolvency Section　PO Box 21126　Phila., PA 19114 |
| 3496286 | Internal Revenue Service | Insolvency Section　PO Box 21126　Phila., PA 19114 |
| 3496287 | Joseph Goldbeck Jr Esq | Mellon Bank Center　701 Market Street　Phila., PA 19106−1532 |
| 3496288 | MtBank | % Mercantile Adjustment Bur　PO Box 9016　Williamsville, NY 14231−9016 |
| 3519054 | Midland Credit Management, Inc. | 8875 Aero Drive, Suite 200　San Diego, CA 92123 |
| 3496289 | Monroe County Adm Offices | Tax Claim Bureau　One Quaker Plaza Rm 104　Stroudsburg, PA 18360−2195 |
| 3511648 | Monroe County Tax Claim Bureau | 1 Quaker Plaza, Room 104　Stroudsburg, PA 18360 |
| 3508628 | NY Dept of Taxation and Finance | Bankruptcy Section　PO Box 5300　Albany, NY 12205−0300 |
| 3496290 | NY State Dept of Labor | Unemployment Insurance Div　PO Box 611　Albany, NY 12201−0611 |
| 3496291 | NYS Dept Taxation/Finance | Civil Enforcement Collection　WA Harriman Campus　Albany, NY 12227 |
| 3496292 | NYS Dept Taxation/Finance | Tax Compliance Division　WA Harriman Campus　Albany, NY 12227 |
| 3496293 | PA Department of Revenue | Dept 280946　Attn Bankruptcy Division　Harrisburg, PA 17128−0946 |
| 3507531 | Palisades Collections, LLC | Vativ Recovery Solutions LLC　C/O Palisades Collections, LLC　PO Box 19249　Sugar Land TX 7749 |
| 3496295 | Pocono Emerg Physicians | % NCO Financial Systems　PO Box 41466　Phila., PA 19101 |
| 3496294 | Pocono Emerg Physicians | PO Box 8510　Phila., PA 19101−8510 |
| 3496299 | Pocono Medical Center | % National Recovery Agency　2491 Paxton Street　Harrisburg, PA 17111 |
| 3496296 | Pocono Medical Center | % Powell Rogers &Speaks　PO Box 930　Halifax, PA 17032−0930 |
| 3496298 | Pocono Medical Center | % Trans Continental Credit　PO Box 5055　White Plains, NY 10602 |
| 3496297 | Pocono Medical Center | 206 East Brown Street　E. Stroudsburg, PA 18301 |
| 3498998 | Roundup Funding, LLC | MS 550　PO Box 91121　Seattle, WA 98111−9221 |
| 3496300 | St Vincents Midtown Hosp | % Financial Medical Sys　PO Box 6010　Hauppauge, NY 11788 |
| 3496301 | St Vincents Midtown Phys | PO Box 33236　Hartford, CT 06150−3236 |
| 3496302 | Superior Bank | % Civil Ct City NY Bronx　851 Grand Concourse SPRM　Bronx, NY 10451 |
| 3496303 | Toys R Us Inc | 1 Geoffrey Way　Dept T5CKS　Wayne, NJ 07470−2035 |
| 3496304 | Washington Mutual | 7800 N 113th St　Milwaukee, WI 53224−3136 |
| 3496306 | Washington Mutual Bank | 19850 Plummer Street　Chatsworth, CA 91311 |
| 3496308 | Wolpoff &Abramson LLP | 4660 Trindle Rd　Suite 300　Camp Hill, PA 17011 |

TOTAL: 43